# MINUTE ORDER

Page 10

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**  Date: 9/4/20    Time: 1:00 p.m.

Defendant: (1)Jonathan David Grenon    J#: 73681-018    Case #: 20-3050-MJ-OTAZO-REYES

AUSA: Michael Homer    Attorney:

Violation: CONSP TO DEFRAUD THE U.S. AND TO DELIVER MISBRANDED DRUGS    Surr/Arrest Date: 9/3/2020    YOB: 1985

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services  
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
Defendant advised of rights and charges

Defendant stood mute. Defendant proceeded Pro se in the Middle District. The Initial Appearance, Preliminary hearing and Detention hearing was held in the Middle District of Florida.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

*Arraignment:*    *1/8/2021*    *1:30 p.m.*    *Miami/Duty*

Status Conference RE:

D.A.R. 14:17:22/LFL_019.4.2020 zoom    Time in Court: 15 mins

s/Lauren F. Louis    Magistrate Judge