# COURT MINUTES

Page 9

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5          Date: 1/22/2021    Time: 10:00 a.m.

Defendant: 1) JONATHAN D. GRENON   J#: 73681-018   Case #: 20-MJ-3050-OTAZO-REYES

AUSA: Michael Homer         Attorney: **Pro se**

Violation: Consp. Defraud the US and to Deliver Misbranded Drugs/Criminal Contempt

Proceeding: Arraignment          CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No     Recommended Bond:

Bond Set at: PTD             Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
**Defendant not called to appear on**
**VTC** - *See page 10 for codeft*
**TAKEN OFF CALENDAR**
AUSA Homer to schedule when
Indictment or Information is filed.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. EGT-01:1-22-2021-ZOOM-**10:48 am**          Time in Court: